# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA E. QUICHO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY,<br><br>　　　　Defendant(s).<br>_____/ | Case No.  C 07 3478 BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

　　　　In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:　July 7, 2007　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　Irving L. Berg, Esq.
　　　　　　　　　　　　　　　　　　　　THE BERG LAW GROUP
　　　　　　　　　　　　　　　　　　　　145 Town Center, PMB 493
　　　　　　　　　　　　　　　　　　　　Corte Madera, CA  94925
　　　　　　　　　　　　　　　　　　　　(415) 924-0742
　　　　　　　　　　　　　　　　　　　　Fax: (415) 891-8208

　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff.