# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

August 22, 2007

To:   **Brian Slome**
221 N. Figueroa St. Ste. 1200
Los Angeles, CA 90012

Re: Zenaida Quicho v. Mann Bracken - C07-3478 BZ

Dear Sir:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **September 19, 2007 at 10:00 a.m.** **To** allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

_/s/ Lashanda Scott_
By:   Lashanda Scott
         Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd