1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

8    ZENAIDA E. QUICHO, individually and       Case No.  C 07 3478 BZ
     on behalf of all others similarly situated,

9                                               **CONSENT TO PROCEED BEFORE A**
             Plaintiff(s),                      **UNITED STATES MAGISTRATE**

10                                              **JUDGE**

11        v.

12   MANN BRACKEN, LLC; DOUG
     MANN; EDWARD REILLY,

13           Defendant(s).
     _____/

14

15        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

16   party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

17   further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal

18   from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

19   Circuit.

20   Dated:___July 7, 2007_____          _____/s/_____
                                               Irving L. Berg, Esq.

21                                             THE BERG LAW GROUP
                                               145 Town Center, PMB 493

22                                             Corte Madera, CA  94925
                                               (415) 924-0742

23                                             Fax: (415) 891-8208

24                                             Counsel for Plaintiff.

25

26

27

28