**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **09/19/2007**

**C07-3478 BZ**

**Zenaida E. Quicho v. Mann Bracken, et al.**

Attorneys:   Irving L. Berg       Alison Yew

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Lydia Zinn; 10:02-10:36**

**PROCEEDINGS:**                                          **RULING:**

1. Defendant's Motions to Dismiss (Marine Terminal, C&H Sugar and    Matter Submitted
   Pacific Maritime Association)
2. _____

( ) Status Conference      ( ) P/T Conference      ( ) Case Management Conference

**ORDERED AFTER HEARING:**

( XX ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court  XX

(   ) Referred to Magistrate Judge for a Settlement Conference to occur as soon as schedule permits.
      ( ) By Court      ( ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date -                    Trial Date-
                                         Type of Trial:

Notes:_____