| | |
|---|---|
| 1 | STEPHEN H. TURNER, SB# 89627 |
| | E-Mail: turner@lbbslaw.com |
| 2 | ALISHA M. LEE, SB# 219808 |
| | E-Mail: alee@lbbslaw.com |
| 3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | 221 North Figueroa Street, Suite 1200 |
| 4 | Los Angeles, California 90012 |
| | Telephone: (213) 250-1800 |
| 5 | Facsimile: (213) 250-7900 |
| 6 | Attorneys for Defendants |
| | MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZENAIDA E. QUICHO, individually and on behalf of all others similarly situated, | CASE NO. C 07 3478 BZ |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY, | |
| Defendants. | |

TO THE HONORABLE COURT, TO PLAINTIFF HEREIN AND HER ATTORNEYS OF RECORD:

The undersigned, counsel for Defendants MANN BRACKEN, LLC, DOUG MANN and EDWARD REILLY certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
|---|---|
| Zenaida Quicho | Plaintiff |
| Mann Bracken, LLC | Defendant |
| Doug Mann | Defendant |

4853-1164-3137.1

-1-

CERTIFICATE OF INTERESTED PARTIES

1 | Edward Reilly                                Defendant

3 | DATED: October 22, 2007          LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____(signature)_____
Stephen H. Turner
Alisha M. Lee
Attorneys for Defendants
MANN BRACKEN, LLC; DOUG MANN;
EDWARD REILLY

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4853-1164-3137.1

-2-

CERTIFICATE OF INTERESTED PARTIES

# CERTIFICATE OF SERVICE

*Zenaida E. Quicho vs. Mann Bracken, LLC, et al.*
U.S.D.C. Case No. CASE NO. C 07 3478 BZ

I certify that on the 22nd day of October, 2007, I electronically transmitted the foregoing document **CERTIFICATE OF INTERESTED PARTIES** to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Irving L. Berg, Esq.
**THE BERG LAW GROUP**
145 Town Center, PMB 493
Corte Madera, California 94925
Ph: (415) 924-0742
Fax: (415) 891-8208
*ATTORNEYS FOR PLAINTIFF*

Susanne B. Berg, Esq.
177 Post Street, Suite 600
San Francisco, California 94108
Ph: (415) 217-0000
Fax: (415) 738-2302
*ATTORNEYS FOR PLAINTIFF*

By:   /s/ Lupe Mireles