STEPHEN H. TURNER, SB# 89627
 E-Mail: turner@lbbslaw.com
ALISHA M. LEE, SB# 219808
 E-Mail: alee@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants
MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZENAIDA E. QUICHO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY,<br><br>Defendants. | CASE NO. C 07 3478 BZ<br><br>**DEFENDANTS MANN BRACKEN, LLC, DOUG MANN, AND EDWARD REILLY'S REQUEST TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>DATE: October 29, 2007<br>DEPT.: Courtroom "G"<br>TIME: 4:00 p.m.<br><br>(United States Magistrate Judge Bernard Zimmerman) |

Defendants Mann Bracken, LLC, Doug Mann, and Edward Reilly (collectively, "Defendants"), by and through their undersigned lead counsel, respectfully make this Request that Defendants Appear by Telephone at the Initial Case Management Conference scheduled October 29, 2007. This request is being made in accordance

and compliance with Civil Local Rule 16-10(a).

## I. STATEMENT OF REASONS FOR DEFENDANTS TO APPEAR BY TELEPHONE.

Defendants' lead trial counsel, Stephen H. Turner, has a scheduling conflict. On October 29, 2007, when the Initial Case Management Conference in the instant case is scheduled, Mr. Turner has a hearing on an anti-SLAPP motion in another matter in Los Angeles at 1:30 p.m., which he is obligated to attend in person. Given the distance between Los Angeles and San Francisco, it would be a hardship for Mr. Turner to attend in person the Initial Case Management Conference in the instant case.

WHEREFORE Defendants request that Mr. Turner be allowed to appear on their behalf at the Initial Case Management Conference by telephone. Mr. Turner will be available throughout the entire Initial Case Management Conference by telephone on October 29, 2007. Mr. Turner's direct cellular telephone number, where he can be reached the entire day of October 29, 2007, is **(213) 926-7442**.

DATED: October 19, 2007        LEWIS BRISBOIS BISGAARD & SMITH LLP

By _/s/ Alisha_____
Stephen H. Turner
Alisha M. Lee
Attorneys for Defendants
MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY

## CERTIFICATE OF SERVICE

*Zenaida E. Quicho vs. Mann Bracken, LLC, et al.*
U.S.D.C. Case No. CASE NO. C 07 3478 BZ

I certify that on the 22nd day of October, 2007, I electronically transmitted the foregoing document **DEFENDANTS MANN BRACKEN, LLC, DOUG MANN, AND EDWARD REILLY'S REQUEST TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE** to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Irving L. Berg, Esq.
**THE BERG LAW GROUP**
145 Town Center, PMB 493
Corte Madera, California 94925
Ph: (415) 924-0742
Fax: (415) 891-8208
*ATTORNEYS FOR PLAINTIFF*

Susanne B. Berg, Esq.
177 Post Street, Suite 600
San Francisco, California 94108
Ph: (415) 217-0000
Fax: (415) 738-2302
*ATTORNEYS FOR PLAINTIFF*

By: /s/ Lupe Mireles

---

4835-7401-9329.1

REQUEST TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE