1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

                    UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| | |
|---|---|
| ZENAIDA E. QUICHO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY,<br><br>Defendants.<br>_____/ | Case No.  C 07 3478 BZ<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>Date:   December 19, 2007<br>Time:  10:00 a.m.<br>Place:  450 Golden Gate Avenue<br>          San Francisco, CA<br>Dept:   Courtroom G-15th Floor<br>Judge:  Hon. Bernard Zimmerman,<br>          Magistrate Judge |

TO:   DEFENDANTS MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY; AND THEIR ATTORNEY OF RECORD, STEPHEN H. TURNER

PLEASE TAKE NOTICE that this case is set for a Motion for Class Certification on December 19, 2007, at 10:00 a.m., before the Hon. Bernard Zimmerman, Magistrate Judge, in Courtroom G, of the United States District Court, Northern District of California, San Francisco Division, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated:   10/23/07                                   /s/_____
                                                    Irving L. Berg
                                                    THE BERG LAW GROUP
                                                    Attorney for Plaintiff