Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZENAIDA E. QUICHO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY,<br><br>Defendants.<br>_____/ | Case No. C 07 3478 BZ<br><br>**NOTICE OF WITHDRAWAL OF SUSANNE B. BERG AS CO-COUNSEL**<br><br>Date:  December 19, 2007<br>Time:  10:00 a.m.<br>Place:  450 Golden Gate Avenue<br>         San Francisco, CA<br>Dept:  Courtroom G-15th Floor<br>Judge: Hon. Bernard Zimmerman, Magistrate Judge |

    PLEASE TAKE NOTICE that Susanne B. Berg hereby withdraws as co-counsel in this matter.

Dated:  10/24/07                        Respectfully submitted,


                                                                        /s/_____
                                                                      Susanne B. Berg