UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZENAIDA E. QUICHO, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C 07 3478 BZ |
| | ) | |
| v. | ) | **ORDER MODIFYING BRIEFING** |
| | ) | **SCHEDULE ON DEFENDANTS'** |
| MANN BRACKEN, LLC; DOUG | ) | **MOTION FOR CLASS** |
| MANN; EDWARD REILLY, | ) | **CERTIFICATION** |
| | ) | |
| Defendant(s). | ) | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff's motion for class certification is set for hearing on **December 19, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS HEREBY ORDERED** that the briefing schedule for plaintiff's motion is modified as follows: defendants' opposition to shall be filed no later than **November 19, 2007.** Any reply shall be filed no later than **November 26, 2007.**

Dated: October 25, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\QUICHO\Order modifying briefing schedule.wpd

1