**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **10/29/2007**

**C07-3478 BZ**

**Zenaida E. Quicho v. Mann Bracken, et al.**

Attorneys:    Irv Berg          Stephen Turner (telephonic)

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**         Reporter: **Counsel requested that the hearing occur off the record.**

**PROCEEDINGS:**                              **RULING:**

1. Initial Case Management Conference                    Matter Held
2. 

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Further Case Management Conference set for November 26, 2007 at 4:00 p.m.  Tentative settlement in this case.

(  ) ORDER TO BE PREPARED BY:    Plntf ____ Deft ____ Court_____

(  ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
     ( ) By Court     ( ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____ for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date -                        Trial Date-
                                              Type of Trial:

Notes:_____