UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA E. QUICHO,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY,<br><br>　　　　Defendant(s). | No. C 07 3478 BZ<br><br>**ORDER SCHEDULING FURTHER CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a further case management conference will be held on **Monday, November 26, 2007 at 4:00 p.m.**

In light of plaintiff's motion for class certification set for hearing on December 19, 2007, the parties shall notify the court immediately of settlement.

Dated: October 31, 2007

　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\QUICHO\Order Continuing CMC.wpd

1