1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

6

7                    UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10 ZENAIDA E. QUICHO, individually and        Case No.  C 07 3478 BZ
   on behalf of all others similarly situated,
11                                            STIPULATION AND [PROPOSED]
            Plaintiffs,                        ORDER OF DISMISSAL WITH
12                                            PREJUDICE
        v.
13
   MANN BRACKEN, LLC; DOUG
14 MANN; EDWARD REILLY,

15          Defendants.
   _____/
16

17       IT IS HEREBY STIPULATED by and between plaintiff ZENAIDA QUICHO

18 ("Plaintiff") on the one hand, and Defendants MANN BRACKEN, LLC; DOUG MANN; and

19 EDWARD REILLY (collectively, "Defendants"), on the other hand, through their respective

20 counsel of record, that the parties have reached settlement in this action and that the action

21 against Defendants, and each of them, shall be dismissed with prejudice, each party to bear its

22 own costs and attorneys' fees.  The putative class claims shall be dismissed without prejudice.

23       The parties represent that there is no prejudice to class members.  A class  has not been

24 certified, and no class member has relied on this lawsuit.  There is no statute of limitations that

25 would bar class claims.  Class interests have not been compromised by Plaintiff settling the case

26 on an individual basis. *Diaz v. Trust Pacific Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989).  Also,

27 see *Singer v. American Airlines Credit Union*, 2006 U. S. Dist. LEXIS 82147 *7 (N.D. Ca Oct.

28 2006).

STIPULATION AND [PROPOSED] ORDER                    QUICHO V. MANN BRACKEN, LLC
OF DISMISSAL WITH PREJUDICE            1            CASE NO. C 07 3478 BZ

1     ZENAIDA QUICHO

2

3    Dated:   11/15/07                                    /s/
                                                by:  Irving L. Berg
4                                               THE BERG LAW GROUP
                                                Attorney for Plaintiff
5

6
                                                MANN BRACKEN, LLC; DOUG MANN;
7                                               EDWARD REILLY

8

9    Dated:   11/15/07                                    /s/
                                                by: Stephen Turner
10                                              LEWIS BRISBOIS BISGAARD & SMITH
                                                LLP
11                                              Attorney for Defendant

12

13

14                          **ORDER**

15        Pursuant to Stipulation, IT IS SO ORDERED.

16

17   Dated:  _____        _____
                                                Hon. Bernard Zimmerman
18                                              U. S. Magistrate Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                      QUICHO V. MANN BRACKEN, LLC
OF DISMISSAL WITH PREJUDICE          2                CASE NO. C 07 3478 BZ