UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENAIDA E. QUICHO,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY,<br><br>　　　　Defendant(s). | No. C 07 3478 BZ<br><br>**ORDER SCHEDULING HEARING** |

　　A hearing on the parties' Joint Request to Dismiss this Action with Prejudice as to Plaintiff and Without Prejudice as to the Putative Class will be held on **Wednesday, December 19, 2007 at 10:00 a.m.** The parties are to file briefs in support of approving the settlement and ordering the dismissal by **Wednesday, December 5, 2007** addressing the issues set forth in Diaz v. Trust Territory of the Pacific Islands, 876 F.2d 1401, 1408 (9th Cir. 1989).

　　The continued Case Management Conference set for November 26, 2007 is **HEREBY VACATED**.

Dated: November 21, 2007

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

1