STEPHEN H. TURNER, SB# 89627
  E-Mail: turner@lbbslaw.com
ALISHA M. LEE, SB# 219808
  E-Mail: alee@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants
MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZENAIDA E. QUICHO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY,<br><br>Defendants. | CASE NO. C 07 3478 BZ<br><br>**DEFENDANTS' BRIEF IN SUPPORT OF APPROVING THE SETTLEMENT AND ORDERING THE DISMISSAL**<br><br>[F.R.C.P. 23(e)(1)(A)]<br><br>DATE:  December 19, 2007<br>TIME:  10:00 a.m.<br>DEPT.: Courtroom "G" |

Importantly in this action, the class was **never certified**. On or about November 15, 2007, the parties filed a Joint Request to Dismiss this Action with Prejudice as to Plaintiff and Without Prejudice to the Putative Class. On or about November 15, 2007, the Court ordered the parties to file briefs in support of approving the settlement and ordering the dismissal addressing the issues set forth in Diaz v. Trust Territory of the Pacific Islands, 876 F.2d 1401, 1408 (9th Cir. 1989). Defendants respectfully submit that the Court does not have to approve the instant settlement.

The Court is not obligated to approve a settlement in which the class was not certified. See F.R.C.P. 23(e)(1)(A). Rule 23(e)(1)(A) clearly states: "The court must

1  approve any settlement, voluntary dismissal, or compromise of the claims, issues, or
2  defenses of a **certified** class." F.R.C.P. 23(e)(1)(A). [emphasis added]
3        The Advisory Commission Notes regarding this 2003 amendment to Rule 23(e)
4  make this additionally clear: "The new rule **requires approval only if** the claims,
5  issues, or defenses of a **certified class** are resolved by a settlement, voluntary
6  dismissal, or compromise." See Advisory Commission Notes. [emphasis added]
7        Although it did not involve a certified class, the factors in Diaz do not apply to
8  the instant action. This is because Diaz is a 1989 case that pre-dated the 2003
9  amendment to F.R.C.P. 23(e)(1)(A), and is not the most updated law. The parties
10 acknowledge that they mistakenly cited to Diaz in the Joint Request to Dismiss this
11 Action with Prejudice as to Plaintiff and Without Prejudice to the Putative Class
12 when the governing law is clearly Federal Rule of Civil Procedure 23(e)(1)(A).
13       Defendants are not addressing the issues set forth in Diaz because Defendants
14 believe that Diaz does not apply to the instant case. However, if the Court disagrees,
15 Defendants will gladly submit further briefing and/or be prepared to discuss these
16 matters at the time of the hearing.
17       Defendants respectfully submit that the Court does not have to approve the
18 instant settlement, and request the Court to reconsider its Order requiring briefing on
19 this issue and scheduling a hearing.

21 DATED: November 30, 2007       LEWIS BRISBOIS BISGAARD & SMITH LLP

23                                  By /s/ Alisha
24                                  Stephen H. Turner
                                    Alisha M. Lee
25                                  Attorneys for Defendants
                                    MANN BRACKEN, LLC; DOUG MANN;
26                                  EDWARD REILLY

## CERTIFICATE OF SERVICE

*Zenaida E. Quicho vs. Mann Bracken, LLC, et al.*
U.S.D.C. Case No. CASE NO. C 07 3478 BZ

I certify that on the 30th day of November 2007, I electronically transmitted the foregoing document **DEFENDANTS' BRIEF IN SUPPORT OF APPROVING THE SETTLEMENT AND ORDERING THE DISMISSAL** to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Irving L. Berg, Esq.
**THE BERG LAW GROUP**
145 Town Center, PMB 493
Corte Madera, California 94925
Ph: (415) 924-0742
Fax: (415) 891-8208
*ATTORNEYS FOR PLAINTIFF*

Susanne B. Berg, Esq.
177 Post Street, Suite 600
San Francisco, California 94108
Ph: (415) 217-0000
Fax: (415) 738-2302
*ATTORNEYS FOR PLAINTIFF*

By:   /s/ Lupe Mireles