**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **12/19/2007**

**C07-3478 BZ**

**Zenaida E. Quicho v. Mann Bracken, LLC**

Attorneys:   Irving L. Berg       Candice Nguyen Hamant

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**       Court Reporter: **Belle Ball; 10:08-10:19**

**PROCEEDINGS:**                                **RULING:**

1. Plaintiff's Motion for Class Certification       Matter Held
2. 

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Counsel will prepare a Stipulation and Proposed order Allowing the Certification and Dismissing the complaint.

(   ) ORDER TO BE PREPARED BY:   Plntf ___ Deft ___ Court _____

(   ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
   ( ) By Court    ( ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____ Expert Discovery Cut-Off _____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date -            Trial Date-
                                 Type of Trial:

Notes: _____