**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**AMENDED CIVIL MINUTES**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **12/19/2007**

**C - 07-3478 BZ**

**Zenaida E. Quicho** v **Mann Bracken, LLC**

Attorneys:    Irving L. Berg    Candice Nguyen Hamant

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Belle Ball; 10:08-10:19**

**PROCEEDINGS:**                                              **RULING:**

1. Plaintiff's Motion for Class Certification          Moot
2. 

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Counsel will prepare a Stipulation under Rule 41 to dismiss the claim without leave of court.

(  ) ORDER TO BE PREPARED BY:    Plntf_____  Deft_____  Court___

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____    for_____

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Plntf to Name Experts by _____    Deft to Name Experts by_____

P/T Conference Date_____    Trial Date_____    Set for _____ days
                                       Type of Trial:  (  )Jury    (  )Court
Notes: _____