1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

6

7                UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10 ZENAIDA E. QUICHO, individually and       Case No.  C 07 3478 BZ
   on behalf of all others similarly situated,
11                                            **STIPULATION FOR DISMISSAL
             Plaintiffs,                      WITH PREJUDICE AS TO PLAINTIFF
12                                            ZENAIDA E. QUICHO, AND
       v.                                     WITHOUT PREJUDICE AS TO THE
13                                            CLASS [Rule 41(a)(1)(ii)]**
   MANN BRACKEN, LLC; DOUG
14 MANN; EDWARD REILLY,

15           Defendants.
   _____/

16

17       IT IS HEREBY STIPULATED by and between plaintiff ZENAIDA QUICHO

18 ("Plaintiff") on the one hand, and Defendants MANN BRACKEN, LLC; DOUG MANN; and

19 EDWARD REILLY (collectively, "Defendants"), on the other hand, through their respective

20 counsel of record, that the parties have reached settlement in this action and that the action

21 against Defendants, and each of them, shall be dismissed with prejudice, each party to bear its

22 own costs and attorneys' fees.  Dismissal is made as allowed by Rule 41(a)(1)(ii).  The putative

23 class claims shall be dismissed without prejudice.

24 ///

25 ///

26

27

28

|  |  |
|---|---|
|  | ZENAIDA QUICHO |
| Dated: 1/6/08 | /s/<br>by: Irving L. Berg<br>THE BERG LAW GROUP<br>Attorney for Plaintiff |
|  | MANN BRACKEN, LLC; DOUG MANN; EDWARD REILLY |
| Dated: 1/8/08 | /s/<br>by: Alisha Lee<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>Attorney for Defendant |